IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE, | |
| Counter-Defendant, | 8:23CV397 |
| vs. | |
| FRANCIS E. YOUNES and TERAH YOUNES; | ORDER |
| Counter-Plaintiffs. | |

This matter comes before the Court on its own motion.

On April 11, 2024, the Clerk of Court's mailing of notice of Filing No. 64 to Andrea Wike at 19425 X Street, Omaha, NE 68135, was returned as undeliverable, with no forwarding address. (Filing No. 65). On April 12, 2024, Ms. Wike filed an "Objection and Motion for Reconsideration of Order" (Filing No. 66) by bringing the filing in person to the counter of the Clerk of Court. Ms. Wike's filing represents her updated mailing address is "General Delivery, Near Omaha, Nebraska republic [without United States, not in FTZ 68101-9999]." This is not a valid address. Ms. Wike has an obligation to keep the Court informed of her current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot proceed in this Court if Ms. Wike's whereabouts remain unknown. Accordingly,

**IT IS ORDERED:**

1. Andrea Wike must update the Court with a valid mailing address on or before **May 7, 2024**. **Failure to comply with this order may result in sanctions, including a recommendation that default be entered against her.**
2. Because the Court does not have a valid mailing address for Ms. Wike, the Clerk of Court shall email notice of this Order to Ms. Wike at greetingsandreamarie@gmail.com.

Dated this 16th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge