IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE, | |
| Counter-Defendant, | 8:23CV397 |
| vs. | |
| FRANCIS E. YOUNES and TERAH YOUNES; | ORDER |
| Counter-Plaintiffs. | |

This matter comes before the Court on the "Motion for Objection (to Filing #67)" (Filing No. 71) filed by Plaintiff, Andrea Wike. Plaintiff objects to the Court's Order directing her to provide a valid mailing address, directing the Court's attention to the USPS website providing that "General Delivery" is a valid mailing address. See <https://faq.usps.com/s/article/What-is-General-Delivery>. General Delivery is a mail service for those without a permanent address and is often used as a temporary mailing address.

After review, the Court will accept Plaintiff's request for "General Delivery" of Court notices. However, Plaintiff is cautioned that the Postmaster may restrict use of General Delivery, and that Plaintiff is responsible for keeping her address updated and ensuring she receives Court documents in a timely fashion. Further, although Plaintiff "does not recall consenting in writing to being governed by or obligated to the local and federal procedural rules," by choosing to proceed without counsel in this litigation, Plaintiff has subjected herself to all applicable rules and court orders. See NEGenR 1.3(g) ("[P]arties who proceed pro se are bound by and must comply with all local and federal procedural rules."); *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996) ("In general, *pro se* representation does not excuse a party from complying with a court's orders and with the Federal Rules of Civil Procedure."); *Bennett v. Dr Pepper/Seven Up, Inc.*, 295 F.3d 805, 808 (8th Cir. 2002) (a litigant's "*pro se* status d[oes] not entitle him to disregard the Federal Rules of Civil Procedure[.]"). Accordingly,

**IT IS ORDERED:** Plaintiff's "Motion for Objection (to Filing #67)" (Filing No. 71) is sustained, in part. The Clerk of Court shall update Plaintiff's address to:

Andrea Wike
GENERAL DELIVERY
Omaha, Nebraska 68108-9999

Dated this 24th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge