IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA M. WIKE,<br><br>    Counter-Defendant,<br><br>vs.<br><br>FRANCIS E. YOUNES, individual capacity;<br>TERAH YOUNES, individual capacity;<br><br>    Counter-Plaintiffs. | 8:23CV397<br><br>ORDER OF DISMISSAL |

  This matter is before the Court on Counter-Plaintiffs' Motion for Voluntary Dismissal of Counterclaim with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Filing No. 97. The Court grants the motion and, there being no remaining claims in the case, *see* Filing No. 64 (Order dismissing Wike's claims), the case is closed.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

  Dated this 13th day of May, 2025.

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      Senior United States District Judge